```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 01, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

ANATOLY SHTEYNGROB,

    Defendant.
------------------------------------------------------X

ORDER FOR TEMPORARY
MODIFICATION OF BAIL TRAVEL
RESTRICTIONS

13 CR 268 (JMF)

    UPON THE APPLICATION of Ephraim Savitt, Esq. attorney for defendant ANATOLY SHTEYNGROB, without objection by the government and the Pretrial Services office,

    IT IS HEREBY ORDERED that the bail release travel restrictions in the Appearance Bond for defendant ANATOLY SHTEYNGROB shall be modified to permit his travel to Boston, Massachusetts on Friday, May 3 through Sunday May 5, 2013, to attend his daughter's college graduation and to spend the weekend with her and other family members.

    IT IS FURTHER ORDERED that the defendant ANATOLY SHTEYNGROB shall comply with the directions of the Pretrial Services office during this period of bail travel modification.

Dated: New York, New York
       May  1 , 2013

SO ORDERED:

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE